# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RONALD J. MICKLAS,**
Appellant,

v.

**LEMB V, L.P.,**
Appellee.

No. 4D2024-2825

[December 23, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Corey A. Cawthon, Judge; L.T. Case No. COSO24020436.

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellant.

Matthew R. Chait and Kendall H. Bennett of Shutts & Bowen LLP, West Palm Beach, and Garrett A. Tozier of Shutts & Bowen LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***